BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6925
FAX: (415) 436-6748
Sara.Winslow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES *ex rel.* GALLAGHER, )
)          NO. C 04-4323 MHP
                Plaintiffs,          )
)          **REQUEST FOR PARTIAL UNSEALING**
        v.                           )          **OF DOCUMENTS AT DOCKET ENTRY**
)          **NO. 1; [PROPOSED] ORDER**
INTERMUNE, INC.,                     )
)
                Defendant.           )
_____)

The government respectfully requests that the Court partially unseal the documents

referenced at Docket Entry No. 1 in the above-captioned case, for the limited purposes of (1)

allowing the United States Attorney's Office for the Northern District of California (USAO) to

view and copy the documents, and (2) as appropriate, producing the documents to the defendant

in the related criminal case of United States v. W. Scott Harkonen, No. CR 08-0164 MHP,

pursuant to discovery requests in that case.

The above-captioned civil action was filed by Relator, Joan Gallagher, pursuant to the qui

tam provisions of the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733. These provisions

authorize private parties (known as relators) to file lawsuits, under seal, alleging FCA violations

on behalf of the United States. 31 U.S.C. § 3730(b). The action was originally filed in the

United States District Court for the Eastern District of Pennsylvania and transferred to this

REQUEST FOR PARTIAL UNSEALING
No. C 04-4332 MHP

**1** District on October 13, 2004. When the case was transferred to this District, the file contained

**2** seven documents, filed under seal pursuant to the FCA. See Docket Entry No. 1. After the

**3** United States intervened in this case, the Court unsealed one of the seven documents –

**4** Gallagher's complaint – but did not unseal the other six documents contained in the file that was

**5** transferred from the Eastern District of Pennsylvania. See Docket Entry Nos. 1, 18.

**6** In the related criminal case of United States v. Harknonen, the defendant has made

**7** discovery requests to the United States. In an effort to review all potentially responsive

**8** documents, the USAO has attempted to review the sealed documents referenced at Docket Entry

**9** No. 1 in the above-captioned civil case. However, the Clerk's Office has not permitted USAO

**10** personnel to view the documents because they are under seal. The USAO has also been unable

**11** to obtain copies of the sealed documents from other sources. In particular, although the United

**12** States has a copy of Gallagher's written statement of material evidence which Gallagher provided

**13** pursuant to 31 U.S.C. § 3730(b), the government cannot tell (and Gallagher's attorneys are

**14** unable to conclusively state) whether that statement was filed in the Eastern District of

**15** Pennsylvania and is among the six remaining sealed documents referenced at Docket Entry No.

**16** 1. The United States therefore seeks an order permitting USAO personnel to review and copy

**17** the documents in question, and, as appropriate, to disclose any or all of them to the defendant in

**18** Harkonen, pursuant to discovery requests in that criminal case.

**19** This filing is being served on Gallagher, the only other party who has appeared in the

**20** above-captioned civil case. Through counsel, Gallagher has informed the undersigned

**21** government attorney that she consents to this unsealing request.

**22** DATED: July 14, 2008                      Respectfully submitted,

**23**

**24**                                           BRIAN J. STRETCH
                                             Acting United States Attorney

**25**
                          By:    _____
**26**                                           SARA WINSLOW
**27**                                           Assistant United States Attorney

**28**

REQUEST FOR PARTIAL UNSEALING
No. C 04-4332 MHP                                                                    -2-

1

**ORDER**

2

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

3

1. The United States' Request for Partial Unsealing of Documents is granted.

4

2. The Clerk's Office is ordered to permit personnel from the United States Attorney's

5

Office for the Northern District of California (USAO) to view and copy the documents

6

referenced at Docket Entry No. 1 in the above-captioned case.

7

3. As appropriate, the USAO may produce any or all of the above-referenced documents

8

to the defendant in the related criminal case of U.S. v. W. Scott Harkonen, No. CR 08-0164

9

MHP, pursuant to discovery requests in that case.

10

IT IS SO ORDERED.

11

12

DATED: 7/15/08

MARILYN HALL PATEL
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR PARTIAL UNSEALING**
No. C 04-4332 MHP

-3-